Case 4:21-cv-01489   Document 17   Filed on 08/11/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARGARET SEIBEL, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:21-CV-1489 § MED-DATA, INC., § § § Defendant. § | |

### ORDER OF DISMISSAL

On July 30, 2021, Plaintiff Margaret Seibel filed a Notice of Voluntary Dismissal (Dkt. 16) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted by Plaintiff are now **DISMISSED WITHOUT PREJUDICE.**

SIGNED at Houston, Texas, this 11th day of August, 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE